**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| DAVID DEBOARD, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 1:22-cv-02160-RLY-KMB |
| | § | |
| v. | § | |
| | § | **JURY DEMANDED** |
| BH URBAN STATION, LLC, BIRGE & | § | |
| HELD MANAGEMENT CORP., and | § | |
| GRAND CONTRACTING, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Came on to be heard the parties' Stipulation for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Signed _____, 2024.


_____
UNITED STATES DISTRICT JUDGE


ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE – Page Solo